DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
CLEMENT S. ROBERTS (SBN 209203)
croberts@durietangri.com
LAURA E. MILLER (SBN 271713)
lmiller@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:     415-236-6300

Attorneys for Plaintiff
YAHOO! INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YAHOO! INC.,<br><br>                    Plaintiff,<br><br>     v.<br><br>KUDELSKI SA and OPENTV, INC.,,<br><br>                    Defendants. | Case No. 5:16-cv-00349-NC<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE CASE MANAGEMENT CONFERENCE** *AS MODIFIED*<br><br>Date:    April 20, 2016<br>Time:   10:00 a.m.<br>Ctrm:    7, 4th Floor<br>Judge:  Honorable Nathanael M. Cousins |

The Court has received Plaintiff Yahoo! Inc.'s Unopposed Motion for Administrative Relief to Continue the Case Management Conference, and Declaration of Laura E. Miller in support of that motion, filed April 1, 2016.  The motion is GRANTED.

IT IS HEREBY ORDERED that the hearing currently scheduled in this matter for April 20, 2016 at 10:00 a.m. is continued to June 15, 2016. Case management statement, including defendants' consent or declination to proceed before a magistrate judge, due no later than June 8, 2016.

Dated:   April 1, 2016



_____
HONORABLE NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Nathanael M. Cousins

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2016 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Laura E. Miller*
LAURA E. MILLER
