DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
CLEMENT S. ROBERTS (SBN 209203)
croberts@durietangri.com
LAURA E. MILLER (SBN 271713)
lmiller@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:     415-236-6300

Attorneys for Plaintiff
YAHOO! INC.


COVINGTON & BURLING LLP
MICHAEL K. PLIMACK (Bar No. 133869)
mplimack@cov.com
One Front Street, 35th Floor
San Francisco, California 94111-5356
Telephone:    415-591-6000
Facsimile:     415-591-6091

Attorneys for Defendants
KUDELSKI SA, and OPENTV, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YAHOO! INC., <br><br> Plaintiff, <br><br> v. <br><br> KUDELSKI SA and OPENTV, INC., <br><br> Defendants. | Case No. 5:16-cv-00349-NC <br><br> **STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE CMC AND FOR EXTENSION TO RESPOND UNDER L.R. 6-2** <br><br> Ctrm:  7, 4th Floor <br> Judge:  Honorable Nathanael M. Cousins |

Pursuant to Civil L.R. 6-2 and 7-12, Plaintiff Yahoo! Inc. ("Yahoo") and Defendants Kudelski SA and OpenTV, Inc. ("OpenTV"), stipulate and request that the Court enter an order continuing the Initial Case Management Conference, currently set for June 15, 2016, and permitting Yahoo an extension until June 30, 2016 to file its responsive pleading to OpenTV's counterclaims. Yahoo's responsive pleading deadline, currently set for May 19, 2016, has been modified twice by stipulation and Court order. Dkt. Nos. 23–26. The Court has not yet entered a schedule setting any deadlines beyond the Initial Case Management Conference. The parties have reached a settlement agreement resolving the claims in this litigation and anticipate filing a stipulated dismissal in due course.

Accordingly, IT IS HEREBY STIPULATED, subject to approval of the Court, that the Initial Case Management Conference is continued and Yahoo may file its responsive pleading on June 30, 2016.

Dated: May 19, 2016         DURIE TANGRI LLP

                            By:    */s/ Laura E. Miller*
                                   LAURA E. MILLER

                            Attorneys for Plaintiff
                            YAHOO! INC.

Dated: May 19, 2016         COVINGTON & BURLING LLP

                            By:    */s/ Michael K. Plimack*
                                   MICHAEL K. PLIMACK

                            Attorneys for Defendants
                            KUDELSKI SA and OPENTV, INC.

### FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Laura E. Miller attest that concurrence in the filing of this document has been obtained.

                                   */s/ Laura E. Miller*
                                   LAURA E. MILLER

**PURSUANT TO STIPULATION, IT IS ORDERED** that the forgoing Agreement is approved. Case Management Conference is continued to July 6, 2016 at 10:00 a.m. CMC statement due June 29, 2016

Dated: ____May 19, 2016____    _____

HONORABLE NATHANAEL M. COUSINS
United States Magistrate Judge



**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2016 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Laura E. Miller*
LAURA E. MILLER