DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
CLEMENT S. ROBERTS (SBN 209203)
croberts@durietangri.com
LAURA E. MILLER (SBN 271713)
lmiller@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:     415-236-6300

Attorneys for Plaintiff
YAHOO! INC.

COVINGTON & BURLING LLP
MICHAEL K. PLIMACK (SBN 133869)
mplimack@cov.com
One Front Street, 35th Floor
San Francisco, California 94111-5356
Telephone:    415-591-6000
Facsimile:     415-591-6091

Attorneys for Defendants
KUDELSKI SA, and OPENTV, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YAHOO! INC.,<br><br>              Plaintiff,<br><br>     v.<br><br>KUDELSKI SA and OPENTV, INC.,,<br><br>              Defendants. | Case No. 5:16-cv-00349-NC<br><br>**JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE** AND ORDER<br><br>Ctrm:   7, 4th Floor<br>Judge:  Honorable Nathanael M. Cousins |

1  IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that all claims and counterclaims in the above-entitled action be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party will bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated:  May 26, 2016                        DURIE TANGRI LLP

                                            By:    /s/ Laura E. Miller
                                                   DARALYN J. DURIE
                                                   CLEMENT S. ROBERTS
                                                   LAURA E. MILLER

                                            Attorneys for Plaintiff
                                            YAHOO! INC.

Dated:  May 26, 2016                        COVINGTON & BURLING LLP

                                            By:    /s/ Michael K. Plimack
                                                   MICHAEL K. PLIMACK

                                            Attorneys for Defendants
                                            KUDELSKI SA, and OPENTV, INC.

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Laura E. Miller, attest that concurrence in the filing of this document has been obtained.

Dated:  May 26, 2016                               /s/ Laura E. Miller
                                                   Laura E. Miller

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   May 27, 2016                       _____
                                            HONORABLE NATHANAEL M. COUSINS

[STAMP: GRANTED / Judge Nathanael M. Cousins / United States District Court, Northern District of California]

1
JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE / CASE NO. 5:16-CV-00349-NC

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2016 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Laura E. Miller*
LAURA E. MILLER